Heidi McIntosh (Colorado Bar No. 48230) *(Admitted Pro Hac Vice)*
Stuart C. Gillespie (Colorado Bar No. 42861) *(Admitted Pro Hac Vice)*
Alex J. Hardee (Colorado Bar No. 51744) *(Admitted Pro Hac Vice)*
Earthjustice, Rocky Mountain Office
633 17th Street, Suite 1600
Denver, CO 80202
T: 303-996-9621
F: 303-623-8083
hmcintosh@earthjustice.org
sgillespie@earthjustice.org
ahardee@earthjustice.org

*Counsel for Plaintiffs Center for Biological
Diversity, Maricopa Audubon Society,
and Sierra Club*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
TUCSON DIVISION

| | |
|---|---|
| Center for Biological Diversity, Maricopa Audubon Society, and Sierra Club,<br><br>Plaintiffs;<br>v.<br><br>David Bernhardt, in his official capacity as Secretary of the Interior; United States Fish and Wildlife Service; Aurelia Skipwith, in her official capacity as the Director of FWS; Amy Lueders, in her official capacity as Regional Director of the FWS Southwest Region; Mark Esper, in his official capacity as Secretary of Defense; Ryan D. McCarthy, in his official capacity as Secretary of the Army; and Major General Laura A. Potter, in her official capacity as the Senior Commander of Fort Huachuca,<br><br>Defendants. | Case No. 4:20-cv-00106-RCC<br><br>Judge: Raner C. Collins<br><br>**NOTICE OF AMENDED COMPLAINT** |

Please take notice that under Federal Rule of Civil Procedure 15(a)(1)(A), Plaintiffs Center for Biological Diversity, Maricopa Audubon Society, and Sierra Club filed an Amended Complaint. The Amended Complaint adds Sierra Club as a plaintiff. In all other material respects, the Amended Complaint is the same as the Complaint filed on March 13, 2020.

Respectfully submitted this 30th day of March, 2020,

*/s/ Stuart Gillespie*
Stuart C. Gillespie
Heidi McIntosh
Alex J. Hardee
Earthjustice, Rocky Mountain Office
633 17th Street, Suite 1600
Denver, CO 80202
T: 303-996-9616
F: 720-550-5757
sgillespie@earthjustice.org
hmcintosh@earthjustice.org
ahardee@earthjustice.org

*Counsel for Plaintiffs Center for Biological Diversity, Maricopa Audubon Society, and Sierra Club*